THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 A. Leon
 Ravenell, Respondent,
 v.
 Nancy J. Meyer, Appellant.
 
 
 

Appeal From Berkeley County
  R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-590
 Submitted December 1, 2011  Filed
December 21, 2011    

AFFIRMED

 
 
 
 Nancy J. Meyer, pro se, of Goose Creek.
 George J. Morris, of Charleston, for Respondent.
 
 
 

PER CURIAM:  In this debt collection action, Nancy J.
 Meyer appeals the trial court's order dismissing her counterclaim and granting
 A. Leon Ravenell's motion for an involuntary nonsuit.  Meyer argues the trial
 court erred in determining the statute of limitations on her counterclaim began
 to run in August 2005 and in failing to set-off the judgment rendered against
 her according to her partnership agreement terms.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  Rule 208(b)(1)(D), SCACR (requiring arguments in
 appellate briefs to have citations to legal authority); First Sav. Bank v.
 McLean, 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (finding an argument
 without supporting authority abandoned on appeal).    
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.